**FILED: 11/5/12**

**JS - 6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *Bedrock Ventures, Inc.*, | CASE NO. CV 12-5948-GHK (JCx) |
| Plaintiff, | JUDGMENT |
| v. |  |
| *Truman Press, Inc. et. al*, |  |
| Defendants. |  |

Pursuant to the Court's November 5, 2012 Order, IT IS **ORDERED, ADJUDGED, AND DECREED** that default judgment shall be entered in favor of Plaintiff against Defendants (1) Truman Press, Inc., dba Hannover House, dba Hannover; (2) Hannover House Releasing, LLC, dba Hannover House; (3) Hannover House, Inc., fka Target Development Group, Inc., dba Hannover House in the following amounts: (1) $475,000 in damages; (2) $84,719.17 in prejudgment interest; and (3) $13,100 in attorney fees pursuant to Local Rule 55-3.

**IT IS SO ORDERED**.

DATED: November 5, 2012

_____
GEORGE H. KING
Chief United States District Judge